CATHYE MORENO
OFFICIAL COURT REPORTER
COUNTY COURT AT LAW NO. 1
214-653-7496

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

12/29/2014 10:33:29 AM

LISA MATZ
Clerk

December 29, 2014

Ms. Lisa Matz, Clerk of the Court
Court of Appeals, 5th District
George L. Allen, Sr., Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202


RE:      Court of Appeals Number:   05-14-01582-CV
         Trial Court Number:        CC-14-03380-A

STYLE:   Nteesha S. Smith
         V.
         Benedict Olusola, MD


Dear Ms. Matz,

I received your notice of appeal for the above-styled case.  The Reporter's Record was due December 28, 2014. There was a hearing on 12/11/14 that was heard off the record; therefore, there is not a record to produce.


Respectfully,

/s/ Cathye Moreno, CSR
Cathye Moreno, Texas CSR 6076
Official Court Reporter
County Court at Law No. 1
600 Commerce Street, Suite 550
Dallas, Texas 75202